## Commonwealth ex rel. Drew, Appellant, *v.* Myers.

Submitted December 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Alvin R. Drew,* appellant, in propria persona.

*Augustine Joseph Rieffel* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1961:
The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge WATERS, as reported in 23 Pa. D. & C. 2d 403.